UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL HEALTH IT COLLABORATIVE FOR THE UNDERSERVED,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>           *Defendant*. | Civil Action No. 22-3305 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 13, 2023, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding two requests for communications of a Department of Health and Human Services ("HHS") employee regarding Plaintiff. *See* Compl. ¶¶ 9, 14, ECF No. 1.

As previously reported, Defendant completed its search for potentially responsive records as to the first March 11, 2020 request (2020-00673-FOIA-OS). Without conceding the adequacy of the search in response to its second May 10, 2021 request, Plaintiff has agreed that Defendant should first process and produce any non-exempt, responsive records for the first March 2020 request.

As previously reported, Plaintiff has agreed to exclude from further processing the following categories of potentially responsive records: (1) Meeting Invitations with no body messages; (2) "Accepted" or "Tentative" Meeting Invitation emails with no body messages; (3) Reminder Emails of Meeting Invitations with no body messages; (4) Auto-reply out-of-office emails; and (5) emails that contain any news clippings or news articles but otherwise have no body messages. Since the parties' last Joint Status Report, Plaintiff has also agreed to exclude from

further processing any emails that originated from Plaintiff's ConstantContact. Plaintiff further agrees after the first several productions, in good-faith, to reevaluate Defendant's request to exclude additional proposed categories of records from further processing, based on volume and what sort of information is actually contained in those documents.

Since the parties' last Joint Status Report, Defendant made its second release of nonexempt portions of responsive records on June 15, 2023, its third release on July 15, 2023, and its fourth release on August 15, 2023.  There remain approximately 7,660 potentially responsive pages to process in response to Plaintiff's first March 2020 request.  Defendant expects to process 400 pages of potentially responsive records per month and therefore expects to complete its production in response to the first March 2020 request by approximately December 15, 2024. Given the potential overlap in the two requests at issue, Defendant expects to have additional information on the search, processing, and production of Plaintiff's second May 10, 2021, request once the processing and production of the first March 2020 request is complete.

Given this status, the parties propose filing another status report in approximately 90 days, or on or before December 5, 2023, to update the Court on the Defendant's processing and production, as well as the parties' discussions. The parties will continue to meet and confer regarding any issues Plaintiff may identify and attempt to eliminate or narrow those issues.

\*   \*   \*

Dated: September 6, 2023                                    Respectfully submitted

                                                            MATTHEW M. GRAVES, DC Bar #481052
*/s/ Deborah M. Golden*                                     United States Attorney
DEBORAH M. GOLDEN, D.C. Bar #470578
The Law Office of Deborah M. Golden                         BRIAN P. HUDAK
700 Pennsylvania Ave. SE, 2nd Floor                         Chief, Civil Division
Washington, D.C. 20003
(202) 630-0332                                 By:   */s/ Erika Oblea*
dgolden@debgoldenlaw.com                                    ERIKA OBLEA, D.C. Bar #1034393
                                                            Assistant United States Attorney
*Counsel for Plaintiff*                                     U.S. Attorney's Office, Civil Division
                                                            601 D Street, N.W.
                                                            Washington, DC 20530
                                                            (202) 252-2567
                                                            erika.oblea@usdoj.gov

                                                            *Counsel for Defendant*